UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD WAGONER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:17-CV-404 |
| ) | |
| GREEN GROGERES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court to consider a Report and Recommendation of the United States Magistrate Judge [Doc. 3]. No objections have been filed to the Report and Recommendation.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in the Report and Recommendation which is incorporated by reference herein, it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED [Doc. 3.]

This case, accordingly, is DISMISSED without prejudice under 28 U.S.C. § 1915(e) as frivolous and for failure to state a federal claim upon which relief can be granted.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE